# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LUIS A. TOPETE,

    Plaintiff,

v.

SPECIALIZED LOAN SERVICING, INC.,

    Defendant.

Case No.: 2:22-cv-00931-RFB-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file, no later than August 9, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: August 2, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE