1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Andrew S. Clark, Esq.
   Nevada Bar No. 14854
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  clarkas@ballardspahr.com

7  *Attorneys for Defendant*
   *Specialized Loan Servicing LLC*

8

   IN THE UNITED STATES DISTRICT COURT

   FOR THE DISTRICT OF NEVADA

| LUIS A. TOPETE, an individual; | CASE NO. 2:22-cv-00931-RFB-NJK |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO EXTEND DISPOSITIVE-MOTION AND PRE-TRIAL DEADLINES** |
| SPECIALIZED LOAN SERVICING INC., a Corporation, DOES I through X inclusive; | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Luis A. Topete and Defendant Specialized Loan Servicing, LLC (incorrectly named as Specialized Loan Servicing, Inc.) ("SLS"), stipulate and agree to extend the deadlines to file dispositive motions and pretrial motions by forty-five days under Fed. R. Civ. P. 26. The current deadline to file dispositive motions is January 5, 2023—twenty-one days from the time of this request under LR 26-3.

I.  **Discovery Completed**

1.  The Court issued its initial scheduling order in this case on August 10, 2022 (ECF No. 13).

2.  SLS served its initial disclosures on August 22, 2022.

3.  SLS propounded its first set of discovery requests (requests for production of documents, interrogatories, and requests for admissions) on Plaintiff on November 3, 2022. SLS has granted Plaintiff an extension to respond to its discovery requests

1  until December 22, 2022.

2      4.    SLS noticed Plaintiff's deposition on November 3, 2022. That deposition
3  was originally scheduled to take place December 19, 2022, but the parties have agreed
4  to postpone in light of scheduling conflicts between Plaintiff and counsel.

## II.    Discovery Remaining

    1.    SLS's deposition of Plaintiff.

    2.    Plaintiff's responses to SLS's written discovery requests.

## III.    Reasons Why Discovery Cannot be Completed

The parties have worked in good faith to schedule a date for Plaintiff's deposition but have been unable to schedule a mutually available time. The parties inability to schedule the deposition is not due to any party's neglect or desire to delay. Instead, the schedules of counsel, coupled with the preexisting conflicts with Plaintiff's schedule, have proven difficult to navigate. The parties have had productive discussions regarding scheduling, and both sides are optimistic that Plaintiff's deposition will move forward in the first half of January 2023. Given that timeline, the parties believe that a forty-five-day extension of the dispositive-motion deadline will provide sufficient time to receive and review the deposition transcript and prepare their respective dispositive motions.

[*Remainder of Page Intentionally Left Blank*]

DMFIRM #405929595 v1

IV. Current Deadlines and Proposed New Deadlines

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motion Deadline | January 5, 2023 | **February 20, 2023** |
| Pretrial Disclosures / Order | February 6, 2023 | **March 23, 2023** |

Dated this 15th day of December, 2022.

BALLARD SPAHR LLP

*/s/ Michael Harker*  
Michael J. Harker Esq.  
2901 El Camino Avenue  
Suite #200  
Las Vegas, Nevada 89102

*Attorney for Plaintiff Luis Topete*

*/s/ Andrew S. Clark*  
Joel E. Tasca, Esq.  
Nevada Bar No. 14124  
Andrew S. Clark, Esq.  
Nevada Bar No. 14854  
1980 Festival Plaza Drive, Suite 900  
Las Vegas, Nevada 89135

*Attorneys for Specialized Loan Servicing, LLC*

## ORDER

IT IS SO ORDERED.

_____  
United States Magistrate Judge

Dated: December 16, 2022

3

DMFIRM #405929595 v1