Joel E. Tasca, Esq.
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*Specialized Loan Servicing LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. TOPETE, an individual; | CASE NO. 2:22-cv-00931-RFB-NJK |
| Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW** |
| v. | |
| SPECIALIZED LOAN SERVICING INC., a Corporation, DOES I through X inclusive; | |
| Defendants. | |

### TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that Andrew S. Clark, Esq. is no longer associated with Ballard Spahr LLP, counsel of record for Defendant Specialized Loan Servicing LLC.

Accordingly, Counsel requests that the court allow Mr. Clark to withdraw from this representation and remove him from the ECF service and notification list. Joel E. Tasca, Esq. of Ballard Spahr LLP will remain counsel of record for Defendant Specialized Loan Servicing LLC.

Dated: December 28, 2022.

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 29, 2022

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMFIRM #406158476 v1