Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles, Esq.
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

Matthew A. Morr, Esq.
*Admitted Pro Hac Vice*
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, Colorado 80202
morrm@ballardspahr.com

*Attorneys for Defendant*
*Specialized Loan Servicing, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. TOPETE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING INC., a Corporation, DOES I through X inclusive;<br><br>Defendants. | CASE NO. 2:22-cv-00931-RFB-NJK<br><br>**STIPULATION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the undersigned parties hereby stipulate to the dismissal of all claims Plaintiff Luis A. Topete asserted against Defendant Specialized Loan Servicing LLC (incorrectly named as Specialized Loan Servicing, Inc.) ("SLS") in this action, without prejudice, each party to bear its own fees and costs.

Accordingly, under Rule 41(a)(1)(A), this action should be dismissed.

///

///

Dated this 27th day of January 2023.

| | |
|---|---|
| MICHAEL J. HARKER, ESQ. | BALLARD SPAHR LLP |
| */s/ Michael J. Harker* | */s/ Matthew A. Morr* |
| Michael J. Harker Esq. | Joel E. Tasca, Esq. |
| 2901 El Camino Avenue | Nevada Bar No. 14124 |
| Suite #200 | Madeleine Coles, Esq. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 16216 |
| | 1980 Festival Plaza Drive, Suite 900 |
| *Attorney for Plaintiff Luis Topete* | Las Vegas, Nevada 89135 |
| | |
| | Matthew A. Morr, Esq. |
| | *Admitted Pro Hac Vice* |
| | 1225 17th Street, Suite 2300 |
| | Denver, Colorado 80202 |
| | |
| | *Attorneys for Specialized Loan Servicing, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 30th day of January, 2023.

2